UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL FELICIANO,

                Plaintiff,

-*against*-

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, CAMMEBY'S INTERNATIONAL LLC, FRANK OROPESA, FERMIN BARDALES, KENNETH STUKE, SKENDER MARKU, YAACOV REICH, CAMMEBY'S FUNDING LLC, *and* TM 96 SERVICES LLC,

                Defendants.

**ORDER**

20 Civ. 668 (ER)

RAMOS, D.J.:

On March 11, 2020, the Court entered an order staying this case for a period of not more than 90 days. Doc. 16. The parties are directed to inform the Court within ninety days if the stay should be lifted.

It is SO ORDERED.

Dated:   March 11, 2020
          New York, New York

                                            Edgardo Ramos, U.S.D.J.